**Order entered February 18, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-21-00353-CR**
**No. 05-21-00354-CR**
**No. 05-21-00355-CR**

**ARIK NYLES MAXEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-75257-M, F17-52204-M & F17-75276-M**

## ORDER

Before the Court is the State's February 16, 2022 motion to extend time to file its brief. We **GRANT** the motion and **ORDER** the brief received with the motion filed as of the date of this order.

/s/    BILL PEDERSEN, III
        JUSTICE